UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Scott D Benson  
    Chelsea D Benson  
        Debtor(s)

Case No. 14-14277

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/16/2014.

2) The plan was confirmed on 08/01/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/29/2016.

5) The case was converted on 01/27/2017.

6) Number of months from filing to last payment: 33.

7) Number of months case was pending: 34.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $8,800.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $7,761.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$7,761.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,335.42 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $330.41 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,665.83** |

Attorney fees paid and disclosed by debtor:   $1,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICASH LOANS LLC | Unsecured | 915.00 | 560.05 | 560.05 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 242.00 | 242.24 | 242.24 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 3,000.00 | 3,000.00 | 3,000.00 | 2,328.93 | 242.17 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | 1,497.06 | 1,497.06 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 722.00 | 721.79 | 721.79 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 240.00 | 240.00 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 2,739.41 | 2,759.41 | 2,759.41 | 0.00 | 0.00 |
| MEVORAH LAW OFFICES LLC | Unsecured | 467.75 | 467.75 | 467.75 | 0.00 | 0.00 |
| NICHOLAS FINANCIAL INC | Unsecured | NA | 4,418.80 | 4,418.80 | 0.00 | 0.00 |
| NICHOLAS FINANCIAL INC | Secured | 4,000.00 | 4,000.00 | 4,000.00 | 3,214.14 | 309.93 |
| NICOR GAS | Unsecured | 1,236.76 | 1,067.41 | 1,067.41 | 0.00 | 0.00 |
| PAYPAL | Unsecured | NA | 865.07 | 865.07 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 514.00 | 514.47 | 514.47 | 0.00 | 0.00 |
| HEALTHCARE RECOVERY | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| HEALTHCARE RECOVERY | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION FED LOAN SERV | Unsecured | 3,331.00 | NA | NA | 0.00 | 0.00 |
| MINUTE CLINIC DIAGNOSTIC OF ILL | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| MIRAMEDRG | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| MIRAMEDRG | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| MIRAMEDRG | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| MIRAMEDRG | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 538.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| NW COLLECTOR | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CENTE | Unsecured | 5,740.03 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| RUCH UNIVERSITY MEDICAL CENTE | Unsecured | 191.97 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL GROUP | Unsecured | 343.00 | NA | NA | 0.00 | 0.00 |
| STATE FARM INSURANCE | Unsecured | 6,610.00 | NA | NA | 0.00 | 0.00 |
| SUMMIT ACCOUNT RESOLUTION | Unsecured | 1,384.00 | NA | NA | 0.00 | 0.00 |
| TRITON COLLEGE | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY ANESTHESIOLOGISTS | Unsecured | 389.12 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY PATHOLOGISTS | Unsecured | 5.17 | NA | NA | 0.00 | 0.00 |
| A/R CONCEPTS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| A/R CONCEPTS | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| A/R CONCEPTS | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SONNENSCHEIN FINANCIAL SERVIC | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| SONNENSCHEIN FINANCIAL SERVIC | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| AFFILIATED RADIOLOGISTS | Unsecured | 131.11 | NA | NA | 0.00 | 0.00 |
| MED BUSI BUR | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| MED BUSI BUR | Unsecured | 745.00 | NA | NA | 0.00 | 0.00 |
| MED BUSI BUR | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| CAGAN MANAGEMENT | Unsecured | 1,860.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1,506.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 690.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 377.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION | Unsecured | 299.00 | NA | NA | 0.00 | 0.00 |
| CYBRCOLLECT | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTION | Unsecured | 770.00 | NA | NA | 0.00 | 0.00 |
| DEPAUL UNIVERSITY | Unsecured | 1,663.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST EMERGENCY MEDICAL | Unsecured | 593.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST EMERGENCY MEDICAL | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST EMERGENCY MEDICAL | Unsecured | 469.45 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL ELMHURST | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HEALTHCAR | Unsecured | 136.08 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HEALTHCAR | Unsecured | 1,160.10 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HEALTHCAR | Unsecured | 199.55 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HEALTHCAR | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HOSPITAL | Unsecured | 31.76 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HOSPITAL | Unsecured | 137.26 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HOSPITAL | Unsecured | 62.29 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO | Unsecured | 386.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 1,001.00 | NA | NA | 0.00 | 0.00 |
| FALLS COLLECTION SERVICE | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 3,500.00 | 6,897.75 | 6,897.75 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,000.00 | $5,543.07 | $552.10 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,000.00** | **$5,543.07** | **$552.10** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$20,251.80** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,665.83 |
| Disbursements to Creditors | $6,095.17 |
| **TOTAL DISBURSEMENTS** : | **$7,761.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/31/2017     By: /s/ Glenn Stearns
                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**